

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GERARD MORRISON and BARBARA MORRISON, | § | No. 08-23-00044-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law |
| v. | | |
| | § | of Bastrop County, Texas |
| THE LEGACY REALTY, | | |
| | § | (TC# 22-21581) |
| Appellee. | | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* TEX. R. APP. P. 42.3.[1] Finding that Appellants have failed to file a brief or a motion for extension of time to file the brief, we dismiss the appeal for want of prosecution.

On April 6, 2023, the Clerk of this Court notified Appellants by letter that the brief was past due and no motion for extension of time had been filed. The letter advised Appellants that the Court intended to dismiss the appeal for want of prosecution unless Appellants responded within ten days and showed grounds for continuing the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Appellants

---

[1] This case was transferred from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.

have not filed the brief, an extension motion, or any response to the Court's inquiry. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

GINA M. PALAFOX, Justice

April 21, 2023

Before Rodriguez, C.J., Palafox, and Soto, J.J.